UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAMIRO F. GONZALES,<br>    Petitioner,<br><br>V.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>    Respondent. | §§§§§§§§§§§<br><br>No. SA-10-CA-165-OLG<br><br>DEATH PENALTY CASE |

# NOTICE OF APPEAL

Notice is given that RAMIRO F. GONZALES, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following Order and Judgment of this Court:

1. This Court's July 3, 2018 Order on Motion for Relief from Judgment (ECF 54); and,

2. This Court's July 3, 2018 final Judgment Denying Motion for Relief from Judgment and denying a certificate of appealability (ECF 55).

Mr. Gonzales was determined to be financially unable to obtain adequate representation and was appointed counsel pursuant to 18 U.S.C. § 3599(a)(1)(B). *See* Fed. R. App. P. 24(a)(3).

Respectfully submitted,

/s/ Michael C. Gross
MICHAEL GROSS                          JASON HAWKINS
Texas Bar No. 08534480                 Texas Bar No. 00795763
Gross and Esparza, PLLC                JEREMY SCHEPERS
1524 N. Alamo Street                   Texas Bar No. 24084578
San Antonio, Texas 78215               Federal Public Defender
lawofcmg@gmail.com                     Northern District of Texas
T: (210) 354-1919                      525 Griffin Street, Suite 629
F: (210) 354-1920                      Dallas, Texas 75202
                                       jason_hawkins@fd.org
                                       jeremy_schepers@fd.org
                                       T: (214) 767-2746
                                       F: (214) 767-2886

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Texas, San Antonio Division. On this day, I have sent a true and correct copy of the foregoing document to counsel for the Respondent, Matthew Ottoway, via email at matthew.ottoway@oag.texas.gov; in addition, the electronic case filing system will send a notice of filing to Mr. Ottoway at matthew.ottoway@oag.texas.gov.

Counsel for the Director has consented to accept this notice as service of this document by electronic means.

<u>/s/ Michael C. Gross</u>
Michael Gross